FRANK X. LO SACCO *v.* DEBRA M. YOUNG ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 827, is granted, limited to the issue: "Does unexcused untimeliness in the filing of a motion to set aside a verdict and for a new trial automatically limit the scope of appellate review, even when there was no objection at the trial to the untimeliness of the motion?"

*Frank X. Lo Sacco,* pro se, in support of the petition.

Decided April 21, 1988

STATE OF CONNECTICUT *v.* JOHN A. GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 554, is denied.

*John A. Graham,* pro se, in support of the petition.

Decided April 21, 1988